No. 02–5645. TAYLOR v. TAYLOR. Ct. App. Tex., 10th Dist. Certiorari denied.

No. 02–5646. WRIGHT v. KEMNA, SUPERINTENDENT, CROSS-ROADS CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 02–5649. McCARTNEY v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 02–5650. RIDDLE v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 02–5657. VELASQUEZ v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 02–5661. WALKER v. SPILLER ET AL. C. A. 3d Cir. Certiorari denied.

No. 02–5669. LAMBERT v. STEGALL, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 02–5670. JAMESON v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 02–5673. RENFRO v. SCOTT, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 02–5676. BONDS v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 02–5679. JOHNSON v. LUEBBERS, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 02–5685. PULLUM v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 02–5686. GREEN v. UNION FOUNDRY CO. C. A. 11th Cir. Certiorari denied.

No. 02–5689. EL-MOSALAMY v. LOMA LINDA UNIVERSITY MEDICAL CENTER; and EL-MOSALAMY v. SAN JOAQUIN GENERAL HOSPITAL. C. A. 9th Cir. Certiorari denied. Reported below: 32 Fed. Appx. 476 (second judgment) and 480 (first judgment).